# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CATHERINE M. STORMS, Individually and as Personal Representative of the Estate of RICHARD G. GESTEWITZ, JR.<br>2051 East Hagert Street<br>Philadelphia, PA 19125<br><br>and<br><br>RICHARD G. GESTEWITZ, III, Surviving Son of Richard G. Gestewitz, Jr.<br>339 Cather Avenue<br>Charlestown, Maryland 21914<br><br>and<br><br>RICHARD G. GESTEWITZ, SR., Surviving Father of Richard G. Gestewitz, Jr.<br>339 Cather Avenue<br>Charlestown, Maryland 21914<br><br>Plaintiffs<br><br>v.<br><br>KIMBERLY ANN MORGAN<br>2120 Concord Road<br>Chester, Pennsylvania 19013<br><br>and<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION<br>P.O. Box 26001<br>Daphne, AL 36526<br><br>SERVE:  Alfred W. Redmer, Jr.<br>Maryland Insurance Commissioner<br>200 St. Paul Place, Suite 2700<br>Baltimore, Maryland  21202<br><br>Defendants | CIVIL ACTION NO. |

## COMPLAINT AND ELECTION FOR JURY TRIAL

Plaintiffs, Catherine M. Storms, individually and as Personal Representative of the Estate of Richard G. Gestewitz, Jr., Richard G. Gestewitz, III, surviving son of Richard G. Gestewitz, Jr., and Richard G. Gestewitz, Sr., surviving father of Richard G. Gestewitz, Jr., by their attorneys, Paul D. Bekman and Bekman, Marder & Adkins, L.L.C., sue Kimberly Ann Morgan and United Services Automobile Association (hereinafter "USAA").

1. Plaintiff, Catherine M. Storms, is a resident of the state of Pennsylvania.

2. Plaintiff, Richard G. Gestewitz, III, is a resident of the state of Maryland.

3. Plaintiff, Richard G. Gestewitz, Sr., is a resident of the state of Maryland.

4. Defendant, Kimberly Ann Morgan, is a resident of the state of Pennsylvania.

5. Defendant, USAA, regularly conducts business in Maryland, where it provides to the public automobile insurance.

6. This Court has jurisdiction over this matter, pursuant to 28 U.S.C. Section 1331, as there is diversity of citizenship between the parties and the amount of this claim exceeds Seventy Five Thousand Dollars ($75,000.00).

## COUNT I

7. On October 16, 2018, the Decedent, Richard G. Gestewitz, Jr., was operating a motor vehicle in a careful and prudent manner, and was proceeding in a southbound direction on Augustine Herman Highway (MD 213), near its intersection with Spears Hill Road in Cecil County, Maryland, when suddenly, violently, and without warning, a vehicle operated by the Defendant, Kimberly Ann Morgan, who was headed northbound on Augustine Herman Highway (MD 213), negligently and recklessly crossed the center line and collided with the Decedent's

vehicle. This collision caused Decedent's vehicle to travel into the northbound lane and overturn several times and was subsequently struck again by another vehicle.

8. The Defendant, Kimberly Ann Morgan, was negligent and careless with respect to the aforesaid occurrence in that she:

    (a) failed to maintain proper control over her vehicle;

    (b) failed to observe the southbound vehicle on Augustine Herman Highway;

    (c) failed to keep a proper lookout;

    (d) failed to avoid a collision;

    (e) failed to observe the presence and proximity of other vehicles on Augustine Herman Highway;

    (f) operated the vehicle at a speed greater than reasonable under the circumstances then and there existing;

    (g) failed to keep her vehicle to the right of the center line;

    (h) and was in other respects negligent and careless.

9. As a direct result of the aforesaid carelessness and negligence of the Defendant, Kimberly Ann Morgan, the Decedent, Richard G. Gestewitz, Jr., suffered pre-impact fright, was trapped in his vehicle, and suffered serious and fatal injuries and severe pain and suffering.

10. All of the Decedent, Richard G. Gestewitz, Jr.'s injuries and damages were caused solely by the action of the Defendant, Kimberly Ann Morgan, without any negligence on the part of the Decedent thereunto contributing.

WHEREFORE, the Plaintiff, Catherine M. Storms, as personal representative of the Estate of Richard G. Gestewitz, Jr., claims damages in an amount exceeding $75,000.00 against the Defendant, Kimberly Ann Morgan, to be determined by a jury, with all interest and costs to

be paid by the Defendant.

## COUNT II

*(Catherine M. Storms - Wrongful Death)*

11. The Plaintiff, Catherine M. Storms, incorporates paragraphs 1 through 10 of the Complaint as if they were fully set forth at length herein.

12. That at the time of the death of the Decedent, Richard G. Gestewitz, Jr., the Plaintiff, Catherine M. Storms, was an adult child of the Decedent.

13. That as a direct result of the negligence of the Defendant, the Plaintiff, Catherine M. Storms, individually suffered severe mental anguish, and emotional pain and suffering, and has lost and has been deprived of the society, companionship, comfort, protection, care, attention, advice, counsel, and support which the Decedent, Richard G. Gestewitz, Jr., rendered while alive and could have and would have continued to afford and render had he continued to live.

14. By reasons of the negligence of the Defendant which culminated in the death of the Decedent, a cause of action has accrued in accordance with the Annotated Code of Maryland Courts and Judicial Proceedings, §3-901 et seq to the Plaintiff, Catherine M. Storms, as a surviving child of the Decedent, for compensation to her for all of the damages, injuries, and losses past, present, and future which she has sustained, is sustaining, and will in the future sustain, all of which were proximately caused by the negligence and carelessness of the Defendant without any negligence on the part of the Plaintiff or the Decedent thereunto contributing.

WHEREFORE, the Plaintiff, Catherine M. Storms, as a surviving child of Richard G. Gestewitz, Jr., deceased, claims damages in an amount exceeding $75,000.00 against the

Defendant, Kimberly Ann Morgan, to be determined by a jury, with all interest and costs to be paid by the Defendant.

## COUNT III

*(Richard G. Gestewitz, III - Wrongful Death)*

15. The Plaintiff, Richard G. Gestewitz, III, incorporates paragraphs 1 through 10 of the Complaint as if they were fully set forth at length herein.

16. That at the time of the death of the Decedent, Richard G. Gestewitz, Jr., the Plaintiff, Richard G. Gestewitz, III, was an adult child of the Decedent.

17. That as a direct result of the negligence of the Defendant, the Plaintiff, Richard G. Gestewitz, III, individually suffered severe mental anguish, and emotional pain and suffering, and has lost and has been deprived of the society, companionship, comfort, protection, care, attention, advice, counsel, and support which the Decedent, Richard G. Gestewitz, Jr., rendered while alive and could have and would have continued to afford and render had he continued to live.

18. By reasons of the negligence of the Defendant which culminated in the death of the Decedent, a cause of action has accrued in accordance with the Annotated Code of Maryland Courts and Judicial Proceedings, §3-901 et seq to the Plaintiff, Richard G. Gestewitz, III, as a surviving child of the Decedent, for compensation to him for all of the damages, injuries, and losses past, present, and future which he has sustained, is sustaining, and will in the future sustain, all of which were proximately caused by the negligence and carelessness of the Defendant without any negligence on the part of the Plaintiff or the Decedent thereunto contributing.

WHEREFORE, the Plaintiff, Richard G. Gestewitz, III, as a surviving child of Richard

G. Gestewitz, Jr., deceased, claims damages in an amount exceeding $75,000.00 against the Defendant, Kimberly Ann Morgan, to be determined by a jury, with all interest and costs to be paid by the Defendant.

## COUNT IV

*(Richard G. Gestewitz, Sr. - Wrongful Death)*

19. The Plaintiff, Richard G. Gestewitz, Sr., incorporates paragraphs 1 through 10 of the Complaint as if they were fully set forth at length herein.

20. That at the time of the death of the Decedent, Richard G. Gestewitz, Jr., the Plaintiff, Richard G. Gestewitz, Sr., was the father of the Decedent.

21. As a result of the negligence of the Defendant, Kimberly Ann Morgan, and the wrongful death of Richard G. Gestewitz, Jr., the Plaintiff, Richard G. Gestewitz, Sr., as the surviving father of Richard G. Gestewitz, Jr., has suffered severe mental anguish and emotional pain, pecuniary loss, and has lost and been deprived of the society, companionship, comfort, care, attention, advice, counsel, services and support which the Decedent could have and would have afforded and rendered had he continued to live.

22. By reasons of the negligence of the Defendant, Kimberly Ann Morgan, which culminated in the death of the Decedent, a cause of action has accrued in accordance with the Annotated Code of Maryland Courts and Judicial Proceedings, §3-901 et seq to the Plaintiff, Richard G. Gestewitz, Sr., the father of the Decedent, for the compensation to him for all the damages, injuries and losses, past, present and future which he has sustained and will in future sustain, all of which are approximately caused by the negligence of the Defendant, Kimberly Ann Morgan, without any negligence on part of the Plaintiff or the Decedent thereunto contributing.

WHEREFORE, the Plaintiff, Richard G. Gestewitz, Sr., as a surviving father of Richard G. Gestewitz, Jr., deceased, claims damages in an amount exceeding $75,000.00 against the Defendant, Kimberly Ann Morgan, to be determined by a jury, with all interest and costs to be paid by the Defendant.

## COUNT V

*(Breach of Contract - Underinsured Motorist Coverage)*

23. Plaintiffs incorporate the allegations contained in Paragraphs 1-22 of the Complaint as if set forth fully herein.

24. The subject accident was caused by the negligence of Kimberly Ann Morgan, the driver of the vehicle that collided with Decedent's vehicle. Kimberly Ann Morgan was insured by State Auto Insurance Companies ("State Auto") and maintained insufficient liability coverage applicable to the subject accident, given the nature and severity of Decedent, Richard G. Gestewitz, Jr.'s fatal injuries.

25. At the time of the accident and at all relevant times, Decedent maintained uninsured/underinsured motorist coverage with Defendant, United Services Automobile Association ("USAA") in an amount of $100,000.00.

26. This Court has jurisdiction over this dispute and venue is proper in Cecil County.

27. The negligence of Kimberly Ann Morgan caused Decedent, Richard G. Gestewitz, Jr., to suffer pre-impact fright, was trapped in his vehicle, and suffered serious and fatal injuries and severe pain and suffering.

28. All of the losses and death sustained by Decedent were cause by Kimberly Ann Morgan's negligence without any negligence on the part of Decedent thereunto contributing.

29. USAA had a valid policy in effect at the time of the subject accident under which Decedent was a named insured, and pursuant to which USAA agreed to pay all damages for bodily injuries sustained by Decedent due to the negligence of an uninsured/underinsured driver such as Kimberly Ann Morgan.

30. Kimberly Ann Morgan was, in fact, uninsured/underinsured as her policy provides coverage in an amount clearly insufficient to compensate Decedent's Plaintiffs for all of their damages stemming from the subject accident.

31. Plaintiffs have complied with all statutory prerequisites for maintaining this action, including provision of timely notice to USAA.

32. Plaintiffs have been damaged and continue to suffer damages due to USAA's refusal to pay uninsured/underinsured motorist benefits as provided for in the policy to compensate Plaintiffs' Decedent and Plaintiffs for their injuries, death and losses caused in the subject accident which exceed the liability policy limits of the tortfeasor.

WHEREFORE, the Plaintiffs, Catherine M. Storms, Richard G. Gestewitz, III, and Richard G. Gestewitz, Sr., claim damages in an amount exceeding $75,000.00 against the Defendant, United Services Automobile Association, to be determined by a jury, with all interest and costs to be paid by the Defendant.

PAUL D. BEKMAN, Federal Bar No. 00019
BEKMAN, MARDER & ADKINS, L.L.C
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633
bekman@bmalawfirm.com
*Attorneys for Plaintiffs*